# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2018

Stephen J. Markman,
Chief Justice

157011

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

LONETTA NICOLE SILAS, Individually
and as Next Friend of MICHAEL HALL, JR.,
      Plaintiffs-Appellants,

and

STAR BRIGHT IMAGE GROUP, LLC,
and NORTH SHORE INJURY CENTER,
      Intervening Plaintiffs,

v

        SC:  157011
        COA:  331169
        Wayne CC:  13-010712-NF

SECURA INSURANCE COMPANIES,
d/b/a SECURA INSURANCE COMPANY,
      Defendant-Appellee,

and

GARY THOMAS FENTON,
      Defendant.
_____/

      On order of the Court, the application for leave to appeal the October 10, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2018



a0927

            Clerk